United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXIS M. COERVER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-03400 |
| § | |
| CAHABA GOVERNMENT § | |
| ADMINISTRATORS LLC, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice of this action against Defendant Cahaba Government Administrators, LLC (Doc. 7), the Court hereby

**ORDERS** that all claims asserted by Plaintiff Alexis Coerver against Defendant Cahaba Government Administrators, LLC are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 16th day of February, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE